# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARL E. KREHNOVI,<br><br>    Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents | Case No.: 2:18-cv-01416-JAD-VCF<br><br>**Order Denying Application to Proceed *In Forma Pauperis*** <br><br>**[ECF No. 1]** |

*Pro se* habeas petitioner Carl E. Krehnovi filed this petition to challenge his 2013 state-court battery conviction. He petitions for leave to proceed *in forma pauperis*.[1] Because I find that petitioner can pay the filing fee, IT IS HEREBY ORDERED that the application for leave to proceed *in forma pauperis* **[ECF No. 1] is DENIED**. Petitioner must pay the $5.00 filing fee by September 28, 2018, or this action will be dismissed without prejudice and without further prior notice.

Dated: August 28, 2018

                                                                                  _____
                                                              U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 1 & 4.